UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LONNIE MORRELL, | : |
| Plaintiff, | : Civil Action No.: 5-09-CV-00510-FL |
| v. | : |
| BRINK'S, INCORPORATED, | : |
| Defendant. | : |

**STIPULATION AND ORDER DISMISSING THE COMPLAINT
AGAINST BRINK'S, INCORPORATED WITH PREJUDICE PURSUANT
TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties hereto, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned case is dismissed, with prejudice, and with each party to bear its own costs and attorney fees, if any, and excepting any Mediator administrative fees and/or Mediator fees pertaining to this case (and the scheduling and subsequent cancellation of the mediation) which Defendant BRINK'S has agreed to pay in full accordingly.

| | |
|---|---|
| **LA MANTIA LAW OFFICES, PC** | **CROWELL & MORING LLP** |
| By: /s/ Mark A. La Mantia | By:/s/Daniel M. Creekman (with permission) |
| Mark A. La Mantia, Esq. | Daniel M. Creekman, Esq. |
| 8341 Bandford Way | 590 Madison Avenue, 20th Floor |
| Raleigh, North Carolina 27615 | New York, New York 10022 |
| Telephone: (919) 676-5600 | Telephone: (212) 223-4000 |
| Facsimile: (919) 676-6674 | Facsimile: (212) 223-4134 |
| Attorneys for Plaintiff Lonnie Morrell | Attorneys for Defendant Brink's, Inc. |
| Dated: Raleigh, North Carolina | Dated: New York, New York |
| February 11, 2011 | February 11, 2011 |

1

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: February, 17, 2011

2